FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD BENJAMIN PEDERSON JR., <br><br> Plaintiff, <br><br> v. <br><br><br> CITY OF SPOKANE VALLEY et al. <br><br> Defendants. | No.  2:25-CV-00252-SAB <br><br><br> **ORDER OF DISMISSAL** |

On April 21, 2026, the Court ordered Plaintiff to show cause as to why this matter should not be dismissed for failure to prosecute, but no action has been taken.

Accordingly, **IT IS HEREBY ORDERED**:

1.     The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 27th day of May 2026.

Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**